

**United States District Court**
OFFICE OF THE CLERK
**Western District of Louisiana**

January 13, 2021

*Tom Stagg United States Court House*
*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101*
*318-676-4273*

Mark C Christenson
11313 19th Av NE
Seattle, WA 98125

Re:   Submitted Document(s)

Dear Mr. Christenson:

    On January 12, 2021, the Shreveport Division of the Clerk's Office for the Western District of Louisiana received the attached document. After review, it is being returned to you since your submission does not appear to be a new civil action and we are unable to determine your intent, or the action requested of the Court. Pursuant to Rule 10 of the Federal Rules of Civil Procedure, all pleadings must have a caption with the court's name, a title, a file number, and a Rule 7(a) designation. The document should also clearly state the relief sought.

If the document was intended to be filed as a new civil action, ensure the complaint is in compliance with the federal and local rules, and resubmit the documents along with (1) a completed JS 44 Civil Cover Sheet, and (2) the appropriate filing fee or, if the filer is unable to pay the fee, a completed Application to Proceed In Forma Pauperis. Forms may be found on our court's website at www.lawd.uscourts.gov or requested in writing from the Clerk.

Sincerely,

TONY R. MOORE, Clerk of Court

BY: s/J.C.
      Deputy Clerk

JC